# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE BELL,<br><br>        Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>        Respondent. | Case No. CV 16-09212 JAK (AFM)<br><br>**ORDER TO SHOW CAUSE** |

    On December 7, 2016, petitioner constructively filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. The Petition raised two broad claims of ineffective assistance of counsel, both of which are unexhausted. Concurrently, petitioner filed a motion for stay and abeyance under *Rhines v. Weber*, 544 U.S. 269 (2005).

    On April 18, 2017, the Court granted petitioner's motion for a *Rhines* stay. The Court also ordered petitioner to file a status report within **twenty-one (21)** days about the progress of his habeas petitions in the California Court of Appeal and/or the California Supreme Court.

More than twenty-one days have elapsed since the service of the Order on petitioner. As of this date, petitioner has not filed a status report or otherwise communicated with the Court.

Accordingly, petitioner is ORDERED TO SHOW CAUSE within **twenty-one (21)** days of the date of this Order why the Court should not dismiss his Petition without prejudice for failure to prosecute. Petitioner may discharge this Order by filing, within **twenty-one (21)** days of the date of this Order, a status report as required by the Court in its order issued on April 18, 2017.

**Petitioner's failure to timely comply with this Order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute.**

DATED: May 26, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE