# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE BELL, <br> Petitioner, <br> v. <br> W.L. MONTGOMERY, Warden, <br> Respondent. | Case No. CV 16-09212 JAK (AFM) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 23, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE